United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-02268-MJC
Xavier Edward Downing Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: admin 
Date Rcvd: Nov 20, 2026 Form ID: 318 Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Xavier Edward Downing, 143 S Everett Ave, Scranton, PA 18504-2445 |
| 5824963 | | CBNA, Attn: Bankruptcy, PO Box 509, Canton, NY 13617-0509 |
| 5824971 | + | Guardian Asset Management, 201 Robert S Kerr Ave, Suite 700, Oklahoma City, OK 73102-4203 |
| 5824972 | + | Hudson Homes Management, Energy Square Two, 5th Floor/Suite 500, 4849 Greenville Ave, Dallas, TX 75206-4161 |
| 5824979 | + | Law Office of Keith Wier, 15150 Preston Rd, Suite 300, Dallas, TX 75248-4871 |
| 5824980 | | Liberty Mutual Insurance Company, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5824981 | + | Merlin Singh, 190 W Merrick Rd, Freeport, NY 11520-3754 |
| 5824986 | | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17101-0946 |
| 5824987 | + | Peri L Schuster, Midland Credit Management, PO Box 2121, Warren, MI 48090-2121 |
| 5824990 | + | Quill Bank, PO Box 5040, Fredericksburg, VA 22403-0640 |
| 5824991 | + | Scranton Single Tax Office, 315 Franklin Ave, Scranton, PA 18503-1201 |
| 5824992 | | T-Mobile, Attn: Bankruptcy, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |
| 5824993 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5824961 | | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 20 2026 18:47:17 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 5824964 | | EDI: CITICORP | Nov 20 2026 23:42:00 | CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5824968 | | Email/Text: correspondence@credit-control.com | Nov 20 2026 18:47:00 | Credit Control LLC, 5757 Phantom Dr, Hazelwood, MO 63042-2415 |
| 5824965 | | Email/Text: bankruptcy@creditfresh.com | Nov 20 2026 18:46:00 | CBW/Credit Fresh, 200 Continental Dr, Ste 401, Newark, DE 19713-4337 |
| 5824962 | | EDI: PRA.COM | Nov 20 2026 23:42:00 | Capital One, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5824966 | ^ | MEBN | Nov 20 2026 18:39:23 | Celtic Bank, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5824967 | | EDI: CCS.COM | Nov 20 2026 23:42:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 5824969 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 20 2026 18:47:00 | Dept of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 5824970 | ^ | MEBN | Nov 20 2026 18:39:23 | Enterprise Rent-A-Car, PO Box 801988, Kansas City, MO 64180-1988 |
| 5824974 | | Email/Text: RCG_ComplianceDept@assurant.com | Nov 20 2026 18:46:00 | IQ Data International, PO Box 340, Bothell, WA 98041-0340 |
| 5824973 | | EDI: IRS.COM | Nov 20 2026 23:42:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

| | | | | |
|---|---|---|---|---|
| 5824975 | | Email/Text: legal@january.com | Nov 20 2026 18:46:00 | January Technologies, Inc., 176 Grand Street, 4th Floor, New York, NY 10013-9998 |
| 5824976 | + | EDI: JEFFERSONCAP.COM | Nov 20 2026 23:42:00 | Jefferson Capital LLC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5824977 | + | EDI: JEFFERSONCAP.COM | Nov 20 2026 23:42:00 | Jefferson Capital Systems, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5824978 | + | Email/Text: bankruptcy.us@klarna.com | Nov 20 2026 18:47:00 | Klarna, 800 N High St, Suite 400, Columbus, OH 43215-1430 |
| 5824982 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2026 18:47:00 | Midland Credit Management, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5824984 | | EDI: AGFINANCE.COM | Nov 20 2026 23:42:00 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5824985 | | Email/Text: opportunitynotices@gmail.com | Nov 20 2026 18:47:00 | OppLoans/CC Bank, Attn: Bankruptcy, PO Box 5040, Fredericksburg, VA 22403-0640 |
| 5824988 | | EDI: PRA.COM | Nov 20 2026 23:42:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5824989 | | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 20 2026 18:47:17 | Progressive, Attn: Bankruptcy, 5805 Sepulveda Blvd Fl 4, Sherman Oaks, CA 91411-2532 |
| 5824994 | | Email/Text: edbknotices@ecmc.org | Nov 20 2026 18:47:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5824995 | + | EDI: VERIZONCOMB.COM | Nov 20 2026 23:42:00 | Verizon Wireless, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 5824997 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Nov 20 2026 18:47:00 | Westlake Financial Services, 4751 Wilshire Blvd, Los Angeles, CA 90010-3847 |
| 5824996 | | Email/Text: bankruptcynotice@westlakefinancial.com | Nov 20 2026 18:47:00 | Westlake Financial Services, Attn: Bankruptcy, Westlake Portfolio Management, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5824983 | * | Midland Credit Management, 350 Camino de la Reina, San Diego, CA 92108-3007 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Xavier Edward Downing usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| John J Martin | pa36@ecfcbis.com jmartin@martin-law.net;kmartin@martin-law.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Xavier Edward Downing<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–7834 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:26–bk–02268–MJC | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Xavier Edward Downing
aka Xavier Downing, aka Xavier E Downing

11/20/26

**By the court:**

Mark J. Conway, United States
Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**